UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAKARLA BROWN,

    Plaintiff,

-vs-                                      CASE NO.:  6:16-CV-1677-GAP-DCI

BLUESTEM BRAND, INC., d/b/a
FINGERHUT,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, LAKARLA BROWN, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LAKARLA BROWN, and Defendant, BLUESTEM BRANDS, INC., d/b/a FINGERHUT, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                              */s/Amy Ferrera, Esquire*
                                                              Amy Ferrera, Esquire
                                                              Florida Bar #:  15313
                                                              Morgan & Morgan, Tampa,  P.A.
                                                              One Tampa City Center
                                                               201 N. Franklin Street, 7th Floor
                                                               Tampa, FL 33602
                                                              Tele:  (813) 223-5505
                                                              Fax:  (813) 559-4846
                                                              amferrera@forthepeople.com
                                                              amoore2@forthepeople.com
                                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:   Ailen Cruz, Esq., Wiand Guerra King P.L., 5505 West Gray Street, Tampa, FL  33609 (ACruz@wiandlaw.com; mmadison@wiandlaw.com); Peter B. King, Esq., Wiand Guerra King, PL, 5505 W Gray St, Tampa, FL  33609 (PKing@wiandlaw.com) and Kimberly A Koves, Esq., Wiand Guerra King, PL, 5505 West Gray St., Tampa, FL  33609 (kkoves@wiandlaw.com).

*/s/Amy Ferrera, Esquire*
Amy Ferrera, Esquire
Florida Bar #:  15313